

```
                           FILED
                  CLERK, U.S. DISTRICT COURT

                       MAY 13 2010

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-1272-SJO |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| JULIO JOSE OCHOA ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist., CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on <u>allegedly absconded from supervision; no verified background info or bail resources</u>

and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

_____

_____

   IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   5/13/10

                                    _____
                                    UNITES STATES MAGISTRATE JUDGE